1
2
3
4
5
6
7

8          **UNITED STATES DISTRICT COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA**

10

11   YONG KOO,                              )   Case No. CV 21-5200 FMO (JEMx)
                                            )
12              Plaintiff,                  )
                                            )
13        v.                                )   **JUDGMENT**
                                            )
14   MYRIAM S. LUGA,                        )
                                            )
15              Defendant.                  )
     _____           )

16

17       IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

18   Dated this 28th day of October, 2021.

19

20                                          _____
                                                          /s/
                                                  Fernando M. Olguin
21                                            United States District Judge

22
23
24
25
26
27
28